FILED

2008 MAR 19 PM 2:20

KWH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0804 W

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| | ) 960 - Importation of |
| MARIA LAURA LAMUG (1), | ) Methamphetamine; Title 21, U.S.C., |
| JESUS JUAN MANUEL ORTIZ (2), | ) Sec. 841(a)(1) - Possession of |
| | ) Methamphetamine with Intent to |
| Defendants. | ) Distribute; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about March 5, 2008, within the Southern District of California, defendants MARIA LAURA LAMUG and JESUS JUAN MANUEL ORTIZ did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.6 kilograms (23.32 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

JDM:em:Imperial
3/18/08

**Count 2**

On or about March 5, 2008, within the Southern District of California, defendants MARIA LAURA LAMUG and JESUS JUAN MANUEL ORTIZ did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.6 kilograms (23.32 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney