| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,       ) | Criminal Case No. 08CR0804-W |
| 11 | Plaintiff,       ) | DATE:    May 12, 2008 |
| | ) | TIME:     2:00 p.m. |
| 12 | v.       ) | Before Honorable Thomas J. Whelan |
| 13 | MARIA LAURA LAMUG (1),       ) | UNITED STATES' MOTION FOR |
| | JESUS JUAN MANUEL ORTIZ (2),       ) | RECIPROCAL DISCOVERY |
| 14 | ) | |
| | Defendant(s).       ) | TOGETHER WITH STATEMENT OF |
| 15 | ) | FACTS AND MEMORANDUM OF |
| | ) | POINTS AND AUTHORITIES |
| 16 | ) | |

17    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18  Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

19  hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is

20  based upon the files and records of this case together with the attached statement of facts and

21  memorandum of points and authorities.

22    DATED: April 28, 2008.

23                                                         Respectfully submitted,

24                                                         KAREN P. HEWITT
                                                           United States Attorney
25

26                                                         s/ William A. Hall, Jr.
                                                           WILLIAM A. HALL, JR.
27                                                         Assistant United States Attorney

28