1  **DONALD L. LEVINE (State Bar No. 102099)**
   **LAW OFFICE OF DONALD L. LEVINE**
2  1168 Union Street, Ste. 303
   San Diego, CA  92101-3818
3  Office: (615)615-6200
   Fax: (619)615-6204
4
   Attorney for Defendant
5  MARIA LAURA LAMUG

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                       (HON.  THOMAS J. WHELAN)

10

11 UNITED STATES OF AMERICA,        )   CASE NO.  08CR804W
                                    )
12          Plaintiff,               )   **JOINDER OF MOTIONS**
                                    )
13 v.                                )
                                    )   Date:   May 12, 2008
14 MARIA LAURA LAMUG,                )   **Time:** 2:00 p.m.
                                    )
15          Defendant.                )
                                    )

16 **TO:   KAREN HEWTT, UNITED STATES ATTORNEY; AND THE UNITED STATES ATTORNEY'S OFFICE AND U.S. ATTORNEY WILLIAM HALL JR.**
17
       MARIA LAURA LAMUG   hereby joins the following motions, filed by her co-
18
   defendant Jesus Juan Manuel-Ortiz:
19
       (1)    Motion to preserve and re-weigh narcotics evidence.
20
       (2)    Motion to dismiss Indictment because drug statute is unconstitutional.
21
       (3)    Motion to dismiss Indictment due to improper Grand Jury instructions.
22

23
   Date: April 29, 2008
24

25                              /s/ DONALD L. LEVINE
                                DONALD L. LEVINE
26

27                                      1

28  **FEDERAL**            **JOINDER OF MOTIONS**            **08CR804W**

Case 3:08-cr-00804-W   Document 19   Filed 04/29/2008   Page 2 of 2

**PROOF OF SERVICE**

I , DONALD L. LEVINE , declare that:

I am a citizen of the United States and employed in the city of San Diego, CA. I am over eighteen years of age. My business address is 1168 Union Street, Ste. 303, San Diego, CA 92101. On April 16, 2008, I personally served the following documents:

I served the within **JOINDER OF MOTIONS** via electronic filing (ECM) to the Office of the Clerk, 940 Front Street, San Diego, California 92189.

Executed under penalty of perjury under the laws of the United States on this 29$^{TH,}$ day of April, 2008 at San Diego California.

      /s/ DONALD L. LEVINE
      DONALD L. LEVINE

2

**FEDERAL**             **JOINDER OF MOTIONS**             **08CR804W**